# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE HONORABLE MELANIE ANDRESS-TOBIASSON, JUSTICE OF THE PEACE, LAS VEGAS TOWNSHIP JUSTICE COURT, COUNTY OF CLARK, STATE OF NEVADA.

No. 72440

**FILED**

APR 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on February 23, 2017, with the filing of a certified copy of the Certified Findings of Fact, Conclusions of Law and Imposition of Discipline. *See* Procedural Rules of the Nevada Commission on Judicial Discipline (PRJDC), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the Supreme Court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____Cherry_____, C.J.

cc:     William B. Terry, Chartered
        Law Offices of Kathleen M. Paustian, Chartered
        Nevada Commission on Judicial Discipline

SUPREME COURT
OF
NEVADA

(O) 1947A

17 - 13532